**Motion Denied and Order and Dissent to Order filed December 16, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00811-CV

### ANTHONY SAINT VAL, Appellant

### V.

### PATRICIA HILL, VICE-PRESIDENT OF GLENCAIRN ASSOCIATION BOARD OF DIRECTORS, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1129479**

### DISSENT TO ORDER

Appellant has filed a letter with the clerk of this court asking the clerk to inform the court that appellee's brief, among other things, does not comply with Texas Rule of Appellate Procedure 38.1. *See* Tex. R. App. P. 38.1. Appellant further "holds of the appellee's brief as invalid, and the appellant will regard this the same as if the appellee never filed a brief in this case."

This court routinely treats letters that do not comply with Texas Rule of

Appellate Procedure 10 as not being motions and has the clerk so notify the parties. *See* Tex. R. App. P. 10.1(a). I would do so here, rather than construe the letter as a motion and deny it on the merits as so construed, especially as I am uncertain exactly what is the extent of the relief that appellant requests.

I respectfully dissent.

/s/    Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Spain and Wilson (Spain, J., dissenting).